IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Howell, Stacy L

Printed: 3/25/08

Case Number: 06 B 01792
Judge: Wedoff, Eugene R
Filed: 2/25/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: January 17, 2008
Confirmed: May 18, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 3,510.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 1,284.82 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,700.00 |
| Trustee Fee: |  | 158.36 |
| Other Funds: |  | 366.82 |
| Totals: | 3,510.00 | 3,510.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ernesto D Borges Jr Esq | Administrative | 1,700.00 | 1,700.00 |
| 2. | Short Term Loans LLC | Unsecured | 47.50 | 0.00 |
| 3. | Capital One | Unsecured | 49.15 | 0.00 |
| 4. | ECast Settlement Corp | Unsecured | 86.68 | 21.48 |
| 5. | Fast Cash Advance | Unsecured | 108.08 | 26.79 |
| 6. | Premier Bankcard | Unsecured | 40.12 | 0.00 |
| 7. | Devon Financial Services Inc | Unsecured | 40.93 | 0.00 |
| 8. | AmeriCash Loans, LLC | Unsecured | 52.05 | 15.83 |
| 9. | America's Financial Choice Inc | Unsecured | 42.30 | 0.00 |
| 10. | AmeriCash Loans, LLC | Unsecured | 70.33 | 17.42 |
| 11. | DaimlerChrysler Servs North America | Unsecured | 2,310.89 | 702.42 |
| 12. | Check N Go | Unsecured | 49.31 | 15.00 |
| 13. | Nicor Gas | Unsecured | 172.22 | 42.64 |
| 14. | United States Dept Of Education | Unsecured | 1,458.18 | 443.24 |
| 15. | Advocate Health Care | Unsecured |  | No Claim Filed |
| 16. | AmeriCash Loans, LLC | Unsecured |  | No Claim Filed |
| 17. | Aspire Visa | Unsecured |  | No Claim Filed |
| 18. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 19. | MCI | Unsecured |  | No Claim Filed |
| 20. | Pay Day Loans | Unsecured |  | No Claim Filed |
| 21. | National Quick Cash | Unsecured |  | No Claim Filed |
| 22. | Simm Associates Inc | Unsecured |  | No Claim Filed |
| 23. | Elk Grove Internists P C | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 6,227.74 | $ 2,984.82 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Howell, Stacy L

Printed: 3/25/08

Case Number:  06 B 01792
Judge: Wedoff, Eugene R
Filed: 2/25/06

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 67.50 |
| 4.8% | 47.84 |
| 5.4% | 43.02 |
|  | _____ |
|  | $ 158.36 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

